

BLERIM NOKAJ
07-A-0749
Arthur Kill Correctional Facility
2911 Arthur Kill Road
Staten Island, New York 10309

March 28, 2008

**CHAMBERS**

Honorable Robert P. Patterson,
United States District Judge,
United States District Court for
the Southern District of New York,
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08
```

Re; <u>Blerim Nokaj</u> v. <u>Officer Ashley et al.</u>,
    07 CV 3239 (RPP)

**MEMO ENDORSED**

Your Honor:

    This correspondence is to inform the Court that, I have recently received defendant Ashley's answer to my amended complaint, and to respectfully request that the other defendants identified in the amended complaint be served with the amended complaint, etc.

    Counsel for defendant Ashley indicated that the other named defendants <u>i.e.</u>; James Handly, Kenneth Williams, and Lawrence Colitti have not been served with process in the above-referenced action, a copy of which is attached hereto. <u>See</u>, generally; **Valentin v. Dinkins**, **121 F.3d 72 (2nd Cir. 1997)**.

    Without an order from the Court directing the Marshal's Service to make service upon the remaining defendants, I would unable to do so on my own.

Respectfully submitted,

Blerim Nokaj,
plaintiff, pro se

cc:
Sumit Sud, Esq.
Assistant Corporation Counsel
for the City of New York
(Counsel for Defendant Ashley)
100 Church Street, Room 3-209
New York, N.Y. 10007

*Application granted. Clerk of Court shall issue summons, and Pro Se Office shall send plaintiff necessary papers for service by marshals.*

So ordered.
Robert P. Patterson
USDJ
4/22/08

SEE TYPEWRITTEN MEMO
ENDORSEMENT ATTACHED

**Case:** Blerim Nokaj v. Officer Ashley, et al.
**Index No.** 07 Civ. 3239 (RPP)

**MEMO ENDORSEMENT:**

*Application granted.*

*Clerk of the Court shall issue new summons, and Pro Se Office shall send plaintiff necessary papers for service by Marshals.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 4/22/08*