UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bleuin Nokaj #07-A-0744
_____ Plaintiff(s)

-against-

C.O. Ashley
_____ Defendant(s)

07 CV 3239 (RPP)

**SCHEDULING ORDER**

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ___ Yes ___ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5. Rule 26 compliance by _____.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8. All discovery to be completed by _____.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10. Pretrial order to be filed by _____.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for _____ at _____.

14. TELEPHONE CONFERENCE SCHEDULED FOR 6/10/08 AT 9:30 AM.

Dated: New York, New York

May 1 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.