


CHAMBERS OF
JUDGE ROBERT P. PATTERSON

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Sumit Sud
*Assistant Corporation Counsel*
ssud@law.nyc.gov
(212) 788-1096
(212) 788-9776 (fax)

# MEMO ENDORSED

June 6, 2008

BY FAX (212) 805-7917
The Honorable Robert P. Patterson
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08

Re: Blerim Nokaj v. Officer Ashley et al.
07 CV 3239 (RPP)

Your Honor,

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and the attorney assigned to the above matter. For the reasons set forth herein I write to respectfully request an adjournment of the settlement conference presently scheduled for Tuesday, June 10, 2008, at 9:30 AM to a date and time convenient to the Court after June 20, 2008. Plaintiff is incarcerated and appearing *pro se* and could not be reached for his consent to this request.

Late last week the undersigned was informed by the Honorable Shira Scheindlin that a trial in the mater of Kareem Annunziata v. City of New York et al., to which I am assigned, has been moved from June 23, 2008 to June 16, 2008. Furthermore, jury selection is to begin on June 11, 2008. Consequently, trial preparation and pre-trial submissions have also been rescheduled to June 9th, including the Court Ordered deposition of a non-party witness on that date.

Accordingly, defendants respectfully request that the conference currently scheduled for June 10, 2008 at 9:30 AM be adjourned to a date and time convenient to the Court after June 20, 2008, the expected date the trial should end.

*Application granted*
*the conference is adjourned to*
*6/23/08 at 9:15 am*
*So ordered*
6/9/08    Robert P. Patterson

**MEMO ENDORSED**

Thank you for your consideration herein and defendants apologize for the belatedness of this request.

Respectfully submitted,

Sumit Sud (SS 2781)
Assistant Corporation Counsel

cc: Blerim Nokaj
07 A 0749
Arthur Kill Correction Facility
2911 Arthur Kill Road
Staten Island, New York 10309 ( By Regular Mail)