UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bleum Nokaj, 07-A-0749
_____
Plaintiff(s)

-against-

Correctional Officer Ashley
_____
Defendant(s)

07 CV 3239 (RPP)

**SCHEDULING ORDER**

PATTERSON, D.J.

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes ____ No.

3. Amend the pleadings by _____.

4. Medical Authorizations by _____.

5.⃝ Rule 26 compliance by __7/8/08__.

6. Experts' reports to be served by _____.

7. Experts' depositions to be completed by _____.

8.⃝ All discovery to be completed by __10/23/08__.

9. Dispositive motions by _____, Answer by _____, Reply by _____.

10.⃝ Pretrial order to be filed by __11/14/08__.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13.⃝ Trial date is scheduled for __11/24/08__ at __9:30 AM__.

14.⃝ 26(a) discovery within next 14 days, by 7/7/08.

Dated: New York, New York

6/24/08

SO ORDERED.

_____
ROBERT P. PATTERSON, JR.
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08