To: Robert P. Patterson Jr.

I am reading a manual for pro-se Litigants Appearing Befor the United States District Court, States that (26A) a pro-se prisoner alleging excessive force by Correction officers is |exempt| from initial disclosures for the discovery Under the Scheduling order Dated (6-24-08) and So orderd By you Sr. This also falls under my case. Futher more if this does fall under my case, hopefully you can postponed it until the middle of next movnth. Becavse I am Curruntely in S.H.U which means 23 hour locked from June 24 until July 24, 30 days. for a minor incident that they take Seirous. Also I have wrote So maney people that pratice Law and No One want's to take my how is it posible for me to find a Lawyer? Who Could help me in Situation like this? Thank you for your time

[Signature]

7-1-2008

RECEIVED
JUL - 2 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

Blerim Nokaj  07A0749
**ARTHUR KILL CORRECTIONAL FACILITY**
2911 ARTHUR KILL ROAD
STATEN ISLAND, NEW YORK  10309

Application granted.
In view of plaintiff's keeplock status until 7/24/08, ~~the~~ Rule 26 disclosure is extended until 8/8/08.
So ordered
[Signature] USDJ
7/3/08

↓
SEE TYPEWRITTEN MEMO
ENDORSEMENT ATTACHED

Case:      Blerim Nokaj v. Officer Ashley, et al.
Index No.  07 Civ. 3239 (RPP)


**MEMO ENDORSEMENT:**

*Application granted.*

*In view of plaintiff's keep-lock status until 7/24/08, Rule 26 disclosure is extended until 8/8/08.*

*So ordered.*

*Robert P. Patterson, Jr., U.S.D.J., 7/3/08*